**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | |
|---|---|
| **MIKE BUSE** §<br>  *Plaintiff,* §<br> §<br> §<br>**VS.** §<br> §<br> §<br>**LISA TAYLOR, VALLEY FORGE** §<br>**INSURANCE COMPANY, and ALLSTATE** §<br>**FIRE AND CASUALTY INSURANCE** §<br>**COMPANY** §<br>  *Defendants*. § | **CIVIL ACTION NO.** 4:24-cv-0028<br><br><br>**JURY DEMANDED** |

## DEFENDANT'S NOTICE OF REMOVAL

Defendant, VALLEY FORGE INSURANCE COMPANY ("Defendant" or "Valley Forge"), files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446 as follows:

### I.   PROCEDURAL HISTORY

1. On September 22, 2023, Plaintiff, Mike Buse ("Plaintiff") filed his Original Petition to initiate an action against Defendant, Lisa Taylor.

2. On May 2, 2024, Plaintiff, Mike Buse ("Plaintiff"), filed its First Amended Petition and initiated an action against Valley Forge and Allstate Fire and Casualty Insurance Company ("Allstate"); in the 285th Judicial District Court of Bexar County, Texas, in Cause No. 2023CI20620 (the "State Court Action"). *See* **Exhibit C**.

3. Plaintiff served Defendant, Valley Forge on May 15, 2024. *See* **Exhibit D**.

4. Defendant filed an Answer in the State Court Action on June 10, 2024. *See* **Exhibit E**.

5. Allstate filed in an Answer in the State Court Action on June 10, 2024. *See* **Exhibit F**.

6. Defendant now timely files this Notice of Removal within the thirty-day timeframe for removal under 28 U.S.C. § 1446(b).

## II.     FACTUAL BACKGROUND

7. This suit concerns a UM/UIM claim filed by Plaintiff, under Insurance Policy No. 7033778278, issued by Valley Forge to Hydro Resources Holdings, Inc., ("Policy"), to recover damages for bodily injuries he contends he suffered because of a multi-vehicle accident in Bexar County, Texas, on May 27, 2023.

8. Defendant asserts that Plaintiff is not entitled to recover under the Policy because Valley Forge's duty to pay has not been triggered under the Policy.

9. Answering further, based on Defendant's investigation to date, facts exist which may preclude or limit Plaintiff's ability to recover under the Policy.

## III.     DIVERSITY JURISDICTION

10. Plaintiff, Mike Buse, is an individual who resides in and is a citizen of Hays County, Texas.

11. Defendant, Valley Forge Insurance Company, is a corporation organized under the laws of Pennsylvania, and for federal court jurisdiction/diversity of citizenship purposes under 28 U.S.C. § 1332, its principal place of business is located at 151 N. Franklin Street, Chicago, IL 60606-1821.

12. Defendant, Allstate Fire and Casualty Insurance Company, is a corporation organized under the laws of Illinois and maintains its principal place of business in Illinois.

13. Removal is proper because there is complete diversity between the parties. Additionally, Allstate consents to this removal. *See* **Exhibit G**.

14. Venue is proper in the Western District of Texas, San Antonio Division, because the motor vehicle collision resulting in the insurance claim made the subject of the suit is located in Bexar County and within the San Antonio Division.

15. The "matter in controversy" under 28 U.S.C. § 1332(a) is determined by reference to the plaintiff's pleadings. The damages the plaintiff claims in its petition, if apparently claimed in good faith, are controlling. *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 288 (1938). Plaintiff has pled that he seeks monetary relief over $250,000.00 or less, excluding interest, statutory, or punitive damages and penalties, and attorney's fees and cost. *See* Exhibit A at p. 4. Thus, the amount in controversy with Plaintiff exceeds the $75,000 jurisdictional minimum amount in controversy.

### IV.    INFORMATION FOR THE CLERK

16. Plaintiff:  MIKE BUSE

17. Defendant, LISA TAYLOR, was non-suited on May 14, 2024.

18. Defendant: VALLEY FORGE INSURANCE COMPANY

19. Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY

20. The case is pending in the 285th Judicial District Court of Bexar County:

> Honorable Judge Nadine Melissa Nieto
> 285th Bexar County District Court
> 100 Dolorosa, 4th Floor
> San Antonio, TX 78205
> Telephone: (210) 335-2086

21. Pursuant to 28 U.S.C. § 1446 (a), a copy of all pleadings filed in the record of the State Court Action are collectively attached hereto along with a copy of the docket sheet. *See* **Exhibit B** and **B-1** to **B-13**:

22.  An Index of Matters Being Filed is attached as **Exhibit A**.

23. Counsel for Plaintiff, MIKE BUSE:

> Michael Garatoni; State Bar No. 24089685
> DASPIT LAW FIRM
> 4400 Louisiana Street, Suite 1400
> Houston, Texas 77002

    Telephone:  (713) 322-4878
    Facsimile:  (713) 587-9086
    E-mail:     e-service@daspitlaw.com

24. Counsel for Defendant, VALLEY FORGE INSURANCE COMPANY:

    Clinton J. Wolbert; State Bar No. 24103020
    Nicole M. Hilburn; State Bar No. 24055663
    PHELPS DUNBAR, LLP
    ONE SHELL PLAZA
    910 Louisiana, Suite 4300
    Houston, Texas 77002
    Telephone:  713-626-1386
    Telecopier: 713-626-1388
    E-mail:     clinton.wolbert@phelps.com
    E-mail:     nicole.hilburn@phelps.com

25. Counsel for Defendant, ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY:

    Joseph E. Cuellar; State Bar No. 24082879
    JoeRay R. Garcia; State Bar No. 24096383
    VALDEZ & TREVINO ATTORNEYS AT LAW, P.C.
    CALLAGHAN TOWER
    8023 Vantage Dr., Suite 700
    San Antonio, Texas 78230
    Telephone:  (210) 598-8686
    Facsimile:  (210) 598-8797
    E-Mail:     jcuellar@valdeztrevino.com
                jgarcia@valdeztrevino.com

A List of Counsel is also attached as **Exhibit H**.

*Jury Demand*

26. Defendant, Valley Forge, demanded a jury trial in state court and requests a trial by jury in federal court as well. Plaintiff made a jury demand in state court. Defendant, Allstate, demanded a jury trial in state court, as well.

*Miscellaneous*

27. On the same day this Notice of Removal was filed, Defendant filed notice of this removal in the State Court Action.

28. Because Plaintiff consists of one individual who is a citizen of Texas, Defendant Valley

4

Forge is a corporation that is a citizen Pennsylvania and Illinois, and Defendant Allstate is a corporation that is a citizen of Illinois, and because the amount in controversy exceeds $75,000, the Court has subject matter jurisdiction based on diversity of citizenship and residency.  28 U.S.C. §1332.  As such, this removal action is proper.

WHEREFORE, Defendant, Valley Forge, respectfully requests that the above-entitled action be removed from the 285th District Court of Bexar County, Texas, to the United States District Court for the Western District of Texas, San Antonio Division.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:  */s/ Clinton J. Wolbert*
Clinton J. Wolbert
State Bar No. 24103020
Nicole M. Hilburn
State Bar No. 24055663
ONE SHELL PLAZA
910 Louisiana, Suite 4300
Houston, Texas 77002
Telephone: 713-626-1386
Telecopier: 713-626-1388
E-mail: clinton.wolbert@phelps.com
E-mail: nicole.hilburn@phelps.com

**ATTORNEYS FOR DEFENDANT,**
**VALLEY FORGE INSURANCE COMPANY**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument has been served upon all known counsel of record pursuant to the Federal Rules of Civil Procedure on June 14, 2024.

| | |
|---|---|
| Michael Garatoni<br>DASPIT LAW FIRM<br>4400 Louisiana Street, Suite 1400<br>Houston, TX 77002 | e-service@daspitlaw.com |
| Joseph E. Cuellar<br>JoeRay R. Garcia<br>VALDEZ & TREVINO ATTORNEYS AT LAW, P.C.<br>CALLAGHAN TOWER<br>8023 Vantage Dr., Suite 700<br>San Antonio, TX 78230 | jcuellar@valdeztrevino.com<br>jgarcia@valdeztrevino.com |

*/s/*  _____
Clinton J. Wolbert / Nicole M. Hilburn

6